UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA

v.

MICHELLE HELM and
MACENZIE HELM,
Defendants.

No. 5:20-cr-94-1-2

## INDICTMENT

The Grand Jury charges:

In or around September 2020, in the District of Vermont and elsewhere, defendants MICHELLE HELM and MACENZIE HELM, knowingly and willfully conspired with each other and others known and unknown to the grand jury to distribute cocaine, a schedule II controlled substance.

(21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(C))

A TRUE BILL

FOREPERSON

_____ (MPD)
CHRISTINA E. NOLAN
United States Attorney
Burlington, Vermont
October 1, 2020